IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Watkins, Allen | Case Number: 04 B 26569 |
|---|---|---|
| | Watkins, Cassandra | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 7/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 30, 2008
Confirmed: September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,800.00 | |
| Secured: | | 3,626.34 |
| Unsecured: | | 1,294.43 |
| Priority: | | 0.00 |
| Administrative: | | 1,905.20 |
| Trustee Fee: | | 374.03 |
| Other Funds: | | 600.00 |
| Totals: | 7,800.00 | 7,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | HSBC Auto Finance | Secured | 3,626.34 | 3,626.34 |
| 3. | First National Bank Of Marin | Unsecured | 33.62 | 36.73 |
| 4. | HSBC Auto Finance | Unsecured | 366.09 | 400.02 |
| 5. | FDS NATIONAL BANK-BLOOMINGDALES | Unsecured | 61.94 | 67.67 |
| 6. | Verizon Wireless | Unsecured | 62.37 | 68.13 |
| 7. | Jefferson Capital | Unsecured | 102.89 | 112.42 |
| 8. | National Quick Cash | Unsecured | 72.50 | 78.95 |
| 9. | Fingerhut Corporation | Unsecured | 22.80 | 24.91 |
| 10. | Portfolio Recovery Associates | Unsecured | 419.71 | 458.62 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 43.00 | 46.98 |
| 12. | Illinois Student Assistance Commission | Unsecured | 1,631.10 | 0.00 |
| 13. | Capital One | Unsecured | 60.79 | 0.00 |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Automated Collection Systems, Inc | Unsecured | | No Claim Filed |
| 16. | Neuro Associatates | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Collection Bureau Of America | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Community Radiology Ltd | Unsecured | | No Claim Filed |
| 21. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | Evergreen Health Care | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Watkins, Allen | | Case Number: 04 B 26569 |
|---|---|---|---|
| | Watkins, Cassandra | | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | | Filed: 7/16/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 27. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 28. | Midwest Emergency | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Mercy Center | Unsecured | | No Claim Filed |
| 31. | One Iron Ventures | Unsecured | | No Claim Filed |
| 32. | Provident Hospital | Unsecured | | No Claim Filed |
| 33. | One Iron Ventures | Unsecured | | No Claim Filed |
| 34. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 35. | USA Payday Loans | Unsecured | | No Claim Filed |
| 36. | RMS | Unsecured | | No Claim Filed |
| 37. | Saint Mary Nazareth Hospital | Unsecured | | No Claim Filed |
| 38. | TCI Cable | Unsecured | | No Claim Filed |
| 39. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 40. | Revenue Management | Unsecured | | No Claim Filed |
| 41. | Radiological Physicians | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,408.35 | $ 6,825.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 90.99 |
| 4% | 23.99 |
| 3% | 18.00 |
| 5.5% | 99.01 |
| 5% | 30.00 |
| 4.8% | 56.14 |
| 5.4% | 55.90 |
| | _____ |
| | $ 374.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

